

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00406-CV

Richard A. **CONTRERAS,** the owner heir to Los Ojuelos Ranch, Abst. #1393-Sur. #592, Ind.;
Appellant

v.

Enrique **BENAVIDES**, et. al.; Leroy & Lavada Jones; Jean Shell, Trust; Huisache Land & Minerals, Ltd.; Guillermo Salinas & CAAMR Invest Janice Hinds-Ind.; Los Ojuelos Ranch Partnership; Diana Peacock, Mgr.; Killam Ranch Properties, Ltd.;
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CV7002684-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

It is so ORDERED on August 14, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
Keith E. Hottle, Clerk of Court